# JANUARY 1983 CALENDAR

From: The District Court of the First Judicial District, County of Lewis and Clark. STATE OF MONTANA, Plaintiff, vs. ELWOOD C. BRITTINGHAM, Defendant.

## DECISION

No. 4239

The application of the above-named defendant for a review of the sentence of 20 years imposed on June 25, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 20 years with 10 years suspended.

The amendment of the sentence shall bring it more in line with other crimes of a similar nature.

We wish to thank Sally Christensen, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow. STATE OF MONTANA, Plaintiff, v. RAYMOND FLOYD, Defendant.

## DECISION

No. 81-CR-35

The application of the above-named defendant for a review of the sentence of 3 years; Dangerous imposed on July 17, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 3 years; nondangerous and shall be served concurrent to the sentence the Defendant is presently serving.

The amendment was made in order to make the sentence conform with the plea agreement which was agreed upon by both parties.

We wish to thank Cindy Reimers, of the Montana Defender Project, for her as-